Stella Trysko, appellee, v. M. Erens, appellant. Gen. No. 33,010.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Maxwell Landis, for appellant. Frank P. Sadler, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Illinois Refrigerator Company, appellee, v. Charles F. Roberts and Ivan D. Tefft, appellant. Gen. No. 33,063.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Victor B. Scott, for appellants. Baker, Holder & Schmidt, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Midwestern Company, appellee, v. Warshawsky & Company, appellant. Gen. No. 33,099.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Schuyler, Weinfeld & Parker, for appellant; Wm. C. Graves, Fred Plotke and Carl J. Appell, of counsel. Albert Sabath, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Joseph Harris, appellee, v. Chicago Title & Trust Company et al., appellants. Gen. No. 32,734.

Heard in the third division of this court for the first district at the June term, 1928. Opinion filed January 30, 1929.

Cooke, Sullivan & Ricks and Alden, Latham & Young, for appellant Chicago Title & Trust Company. Chapman & Cutler, for appellant Harris Trust & Savings Bank. Charles Martin, for appellant Addressing Machines Securities Company. Townley, Wild, Campbell & Clark, for appellee; Morris Townley, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

Joseph Harris, appellee, v. Chicago Title & Trust Company et al., appellants. Gen. No. 32,735.

Heard in the third division of this court for the first district at the June term, 1928. Opinion filed January 30, 1929.

Cooke, Sullivan & Ricks and Alden, Latham & Young, for appellant Chicago Title and Trust Company. Chapman & Cutler, for appellant Harris Trust & Savings Bank. Charles Martin, for appellant Addressing Machines Securities Company. Townley, Wild, Campbell & Clark, for appellee; Morris Townley, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

**Interstate Optical Company, appellant, v. Illinois State Society of Optometrists and the Chicago Optometric Society, defendants. Illinois State Society of Optometrists and R. F. T. Lee, appellees. Gen. No. 32,799.**

Heard in the third division of this court for the first district at the June term, 1928. Opinion filed January 30, 1929.

Bernard J. Brown and Jesse H. Brown, for appellant; Jesse H. Brown, of counsel. Nicholson, Crandall & Snyder, for appellees; John T. Chadwell and Francis G. Rearick, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

**Clarence H. Alexander, appellee, v. Charles Hoekstra and George H. Hoekstra, trading as Hoekstra Overall Laundry, appellants. Gen. No. 32,823.**

Heard in the third division of this court for the first district at the June term, 1928. Opinion filed January 30, 1929.

Kremer, Branand & Hamer, for appellants. Silber, Isaacs, Silber & Woley, for appellee; Donald N. Clausen, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

**George Thomas Morris, defendant in error, v. Frank White et al., plaintiff in error. Gen. No. 32,904.**

Heard in the third division of this court for the first district at the October term, 1928. Opinion filed January 30, 1929.

Hogan & Dougherty, for plaintiff in error. Clayton W. Mogg, for defendant in error.

Mr. Justice Ryner delivered the opinion of the court.

**John H. Carbaugh, appellee, v. Chicago Title & Trust Company, as administrator with the will annexed of Charles A. Dickens, deceased, appellant. Gen. No. 32,941.**

Heard in the third division of this court for the first district at the October term,